JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-005-JLR |
| Plaintiff, | |
| v. | ORDER ON SUPERVISED RELEASE |
| AARON SALISBURY, | |
| Defendant. | |

Upon the joint recommendations of the defense, government and U.S. Probation, the revocation hearing set for May 2, 2023, is stricken and the allegations in the petition dated January 17, 2023, Dkt. 11, are dismissed. Mr. Salisbury shall remain on supervision subject to his existing terms of supervision.

DATED this 26th day of April, 2023.

JAMES L. ROBART
United States District Judge

Presented by:

s/ *Gregory T. Murphy*
Assistant Federal Public Defender
Attorney for Aaron Salisbury

ORDER ON SUPERVISED RELEASE
(*U.S. v. Salisbury*, CR21-005-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100